NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1445

SWAPALEASE, INC.,

Plaintiff-Appellant,

v.

SUBLEASE EXCHANGE.COM, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of Ohio in case no. 07-CV-045, Judge Sandra S. Beckwith.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The parties jointly move for a stay of the briefing schedule pending reexamination proceedings at the United States Patent and Trademark Office (PTO) involving the patent-in-suit, or alternatively for an extension of time, until November 6, 2009, for Swapalease, Inc. to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion for a stay is granted.  The parties are directed to inform the court within 30 days of the PTO's final disposition how they believe this appeal should proceed.

(2)     The motion for an extension of time is moot.

**SEP 1 8 2009**

Date

FOR THE COURT

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:   Brett Allen Schatz, Esq.
      T. Earl LeVere, Esq.

s19



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 8 2009

JAN HORBALY
CLERK

2009-1445                                    2